

Bronx Neighborhood Office
260 E. 161st Street, 8th Floor
Bronx, NY 10451
(718) 991-4600
https://www.legalaidnyc.org/

Filed via ECF

October 31, 2023

Alan Levine
*President*

Twyla Carter
*Attorney-in-Chief*
*Chief Executive Officer*

Hon. Jennifer H. Rearden
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007

Adriene L. Holder
*Chief Attorney*
Civil Practice

# MEMORANDUM ENDORSED

Re:   Request for extension and proposed Revised Scheduling Order
      *Dash v. Kijakazi*, 23-cv-06808 (JLR) (GWG)

Dear Honorable Judge Rearden:

We write on behalf of Plaintiff Sean Michael D. Trevo Dash, to request an extension of time to file Plaintiffs' brief for requested relief. Under the Court's scheduling order dated October 5, 2023, the brief is due on November 3, 2023. This is plaintiff's first request for an extension. We seek an additional 30 days to file the brief, until December 4, 2023. The reason for the adjournment request is unexpected time out of the office on the part of both attorneys representing Mr. Dash during the past 30 days, which has necessitated the need for more time to complete our briefing. Counsel for the defendant consents to an additional 30 days. There is no current appearance scheduled before the Court that this extension would affect but it will affect the reminder of the briefing schedule. Should the Court grant our request, under the new briefing schedule, Defendant would submit her brief in opposition by January 4, 2024; and plaintiff would have the opportunity to submit a reply brief on or before January 18, 2024. In the event the Court grants this request for an extension, a proposed Revised Scheduling Order is attached, and has also been emailed to the Court in accordance with Paragraph 1.E of Your Honor's Rules and Practices in Civil Cases.

Thank you for your consideration of this request.

Respectfully submitted,

_____/S/_____
Susan E. Welber
Supervising Attorney
Bronx Neighborhood Office
Tel: 646-234-4326
email: sewelber@legal-aid.org

The proposed schedule is approved. (Also, please address any future applications to the undersigned, not Judge Rearden.  See Docket # 9.)

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

November 1, 2023