**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SEAN MICHAEL TREVO DASH,

                Plaintiff,                23 **CIVIL** 6808 (JLR)(GWG)

      -v-                                               **<u>JUDGMENT</u>**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated February 5, 2024, that the final decision of the Commissioner of Social Security be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. On remand, Plaintiff will be offered the opportunity for a new hearing.

**Dated:**  New York, New York
           February 5, 2024

                                                         **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                              **BY:**     *K. Mango*

                                                          **Deputy Clerk**